Staunton.

WHEAT AND OTHERS V. WHEAT AND OTHERS.

September 11, 1916.

Absent, Sims, J. *

Appeal from the Circuit Court of Bedford county.

*Affirmed by Divided Court.*

*Nelson Sale* and *S. V. Kemp*, for the appellants.

*Don P. Halsey* and *Landon Lowry*, for the appellees.

○

* Case submitted before Judge Sims took his seat.